United States District Court
Southern District of Texas
**ENTERED**
October 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CEDRIC BROWN, (SPN #02381691), Plaintiff, | § § § § § | CIVIL ACTION NO 4:23-cv-02549 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WEST TEXAS FACILITY and LUBBOCK HOSPITAL, Defendants. | § § § § | |

**MEMORANDUM ON TRANSFER**

Pending is a complaint under 42 USC § 1983 filed by Plaintiff Cedric Brown. Dkt 1.

Brown is an inmate of the Harris County Jail. He proceeds here *pro se*, bringing action against the West Texas Detention Facility and Lubbock Hospital for violations of civil rights that allegedly occurred in West Texas Detention Facility. He also names Lubbock Hospital as a defendant. He asserts that Defendants prescribed medications that caused him to suffer from a loss of muscle control, balance issues, memory loss, and insomnia. Dkt 1 at 4–5.

The West Texas Detention Facility is located within the Western District of Texas, Pecos Division. The Lubbock Hospital is located within the Northern District of Texas, Lubbock Division. It appears that a substantial portion of the events took place at the West Texas Detention Facility

The interests of justice and the convenience of parties and witnesses support transfer of this action to the United

States District Court for the Western District of Texas, Pecos Division. 28 USC §§ 1391, 1404(a).

This action is TRANSFERRED to the United States District Court for the Western District of Texas, Pecos Division.

The motion to proceed *in forma pauperis* is DENIED without prejudice to reconsideration after transfer. Dkt 2.

SO ORDERED.

Signed on   October 12, 2023  , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge